Elias Stavrinides,
11041 Main Street, Ste 511238
Penngrove, Park, California
Non Domestic/without the US
707-483-7689
In Pro Per

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES,<br>KRISTI STAVRINIDES,<br><br>Plaintiff,<br><br>vs.<br><br>BELL HOME LOANS, INC.;<br>MERS CORP;<br>ONE WEST BANK, FSB;<br>MERIDIAN FORECLOSURE SERVICE;<br>AND DOES 1 THRU 50, INCLUSIVE<br><br>Defendants. | Case No. C 14-0573 MMC<br><br>[PROPOSED] ORDER GRANTING<br>PLAINTIFF'S MOTION TO EXTEND<br>TIME Fed.Civ.R 6(b)(B)<br>FOR EXCUSABLE NEGLECT<br>FOR TIME TO FILE<br>SECOND AMENDED COMPLAINT<br>(SAC) FOR: |

Application having been made, and good cause otherwise appearing, Plaintiff has established the need to extend time per Fed.Civ.R. 6(b)(B)(1) to file his Second Amended Complaint (SAC).

Therefore,

IT IS HEREBY ORDERED that ~~Plaintiff hereby is granted additional time to file his SAC.~~ Plaintiff's Second Amended Complaint is deemed timely filed as of April 24, 2014. Defendants shall file any response thereto by May 14, 2014.

Dated:   April 30, 2014

*[signature]*
Judge Hon. Maxine M. Chesney