IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES, KRISTI STAVRINIDES,<br><br>            Plaintiffs,<br><br>   v.<br><br>BELL HOME LOANS, INC.; MERS CORP; ONEWEST BANK, FSB; MERIDIAN FORECLOSURE SERVICE,<br><br>            Defendants. | No. C 14-0573 MMC<br><br>**ORDER DENYING AS MOOT DEFERRED PORTION OF DEFENDANTS' MOTION TO DISMISS COMPLAINT** |

Before the Court is defendants OneWest Bank, FSB ("OneWest") and Mortgage Electronic Registration Systems, Inc.'s ("MERS") Motion to Dismiss Plaintiffs' First Amended Complaint, filed February 18, 2014.  On April 2, 2014, the Court granted defendants' motion as to plaintiffs' federal claims, afforded plaintiffs leave to amend those claims, and deferred ruling on plaintiffs' state law claims.  On April 24, 2014, plaintiffs filed a Second Amended Complaint, in which plaintiffs have alleged a single federal claim and realleged their state claims.  "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent."  Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

//

//

Accordingly, to the extent defendants' motion seeks dismissal of plaintiffs' state law claims, the motion is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: April 30, 2014

MAXINE M. CHESNEY
United States District Judge