IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIAS STAVRINIDES, KRISTI STAVRINIDES,

    Plaintiffs,

v.

BELL HOME LOANS, INC., et al.,

    Defendants.

No. C 14-0573 MMC

**ORDER TO SHOW CAUSE**

    On May 16, 2014, plaintiffs failed to appear as ordered at a regularly scheduled Case Management Conference in the above-titled action. Counsel for defendants appeared.

    Accordingly, plaintiffs are hereby ordered to show cause, in writing, filed with the Court and served on opposing counsel no later than May 30, 2014, why the case should not be dismissed for failure to prosecute.

    If plaintiffs fail to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED**.

Dated: May 16, 2014

                                      MAXINE M. CHESNEY
                                      United States District Judge