United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ELIAS STAVRINIDES, KRISTI              No. C 14-0573 MMC
     STAVRINIDES,
12                                          **ORDER DISCHARGING MAY 16, 2014**
                    Plaintiffs,             **ORDER TO SHOW CAUSE**
13
       v.
14
     BELL HOME LOANS, INC.; MERS CORP;
15   ONEWEST BANK, FSB; MERIDIAN
     FORECLOSURE SERVICE,
16
                    Defendants.
17   _____/

18

19        On May 16, 2014, plaintiffs Elias Stavrinides and Kristi Stavrinides failed to appear

20   as ordered at a regularly scheduled Case Management Conference in the above-titled

21   action.  (See Order Setting Initial Case Management Conference and ADR Deadlines, filed

22   February 7, 2014.)  That same date, the Court issued an order to show cause why the case

23   should not be dismissed for failure to prosecute.  (See Order to Show Cause, filed February

24   7, 2014.)

25        On May 20, 2014, plaintiff Elias Stavrinides filed a response in which he states he

26   did not receive from defendant OneWest Bank, FSB ("OneWest") or defendant Mortgage

27   Electronic Registration Systems, Inc. ("MERS") any documents reflecting the Court's order

28

setting the Case Management Conference.[1]  Although the response is not made under oath, the Court will accept the representations made therein.[2]

Accordingly, the Order to Show Cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: June 12, 2014

MAXINE M. CHESNEY
United States District Judge

_____

[1] Because the action was removed from state court by defendants OneWest and MERS, OneWest and MERS had the obligation to serve the Court's Order Setting Initial Case Management Conference and ADR Deadlines on the opposing parties.  See Civil L.R. 16-2(b).

[2] Although the response is filed only on behalf of Elias Stavrinides, the Court notes that the United States Postal Service returned as undeliverable the copy of the Order to Show Cause that the Clerk's Office had attempted to serve on plaintiff Kristi Stavrinides, and, consequently, it would appear that said plaintiff may not have received the Court's earlier order setting the Case Management Conference.