IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES, KRISTI STAVRINIDES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BELL HOME LOANS, INC.; MERS CORP; ONEWEST BANK, FSB; MERIDIAN FORECLOSURE SERVICE,<br><br>　　　　Defendants.<br>_____ / | No. C 14-0573 MMC<br><br>**ORDER DENYING PLAINTIFFS' REQUEST TO EXTEND TIME** |

　　　　On May 13, 2014, defendants OneWest Bank N.A. and Mortgage Electronic Registration Systems, Inc. filed a motion to dismiss plaintiffs' Second Amended Complaint and noticed the motion for hearing on June 20, 2014. Plaintiffs did not file opposition. On June 12, 2014, the Court entered an order vacating the hearing, granted the motion as to plaintiffs' sole federal claim, declined to exercise supplemental jurisdiction over plaintiffs' state law claims, and remanded the matter to state court.

　　　　Now before the Court is plaintiffs' "Request to Extend Time for Hearing on Defendant's Scheduled Motion," filed June 13, 2014, and possibly before their receipt of the Court's order, by which filing plaintiffs seek "at least a 30 day continuance for additional time to respond to [defendants'] motion to dismiss." (See Request at 1.) In support

thereof, plaintiffs state they are "not represented by counsel," have "actively been seeking representative legal assistance," and are "not schooled in legal matters." (See id.)

Plaintiffs' request, filed more than two weeks after their opposition was due and only a week before the scheduled hearing, is not in compliance with the Civil Local Rules of this District, and, accordingly, will be denied on said ground. See Civil L.R. 6-1(b) (providing any . . . motion which affects a hearing or proceeding on the Court's calendar must be filed no later than 14 days before the scheduled event").

Moreover, the Court notes that plaintiffs filed the instant action in state court on December 3, 2012 (see Notice of Removal, filed Feb. 6, 2014), and, over the course of the ensuing eighteen months, have proceeded to litigate the matter without the assistance of counsel, including filing an opposition to defendants' motion to dismiss the First Amended Complaint (see Dkt. No. 9) and filing a request for, and obtaining, an extension to file their Second Amended Complaint (see Dkt. Nos. 12, 13). Under such circumstances, the instant request, even if considered on its merits, fails for lack of good cause.

Accordingly, plaintiffs' request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 19, 2014

MAXINE M. CHESNEY
United States District Judge